# United States Court of Appeals for the Federal Circuit

---

May 1, 2012

**ERRATA**

---

Appeal Nos. 2011-1399, -1409

IN RE CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED-RELEASE CAPSULE PATENT LITIGATION

--------------------------------------------------------------------------------

EURAND, INC., CEPHALON, INC., and ANESTA AG,

Plaintiffs-Cross Appellants,

v.

MYLAN PHARMACEUTICALS INC. and MYLAN INC.,

Defendants-Appellants,

and

BARR LABORATORIES, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,

Defendants-Appellees.

---

Decided: April 16, 2012
Precedential Opinion

---

Please make the following additions:

Page 2, Of counsel on the brief for plaintiff-cross appellant was Tryn T. Stimart, Cooley Godward Kronish LLP, of Washington, DC.

Robert L. Byer, Duane Morris LLP, of Pittsburg, Pennsylvania, for amici curiae Gregory Dolin and Robert C. Kahrl. With him on the brief were Kristina Caggiano and Elese Hanson.